# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

WILLIAM T. WEBSTER,

    Plaintiff,

v.

PATRICK C. HINKLE, *et al.*,

    Defendants.

Case No. 2:05-CV-01538-KJD-RJJ

**ORDER**

    Presently before the Court is the Report and Recommendation (#6) of Magistrate Judge Robert J. Johnston. Though the time for doing so has passed, no objections to the report and recommendation have been filed. Having conducted a *de novo* review of the record in this case in accordance with 28 U.S.C. § 636(b)(1) and LR IB 3-2, the Court **ADOPTS** the Findings and Recommendation of the Magistrate Judge entered February 12, 2007. Therefore, Plaintiff's complaint is **DISMISSED** without prejudice.

**IT IS SO ORDERED.**

    DATED this 8TH day of March 2007.

_____
Kent J. Dawson
United States District Judge